IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CHESTER BOBO,

    Plaintiff,

v.                                                       No. 2:23-cv-02115-MSN-atc

WAL-MART STORES EAST, LP,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed March 6, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 19), filed July 12, 2023 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 13th day of July, 2023.

                                                        *s/ Mark S. Norris*
                                                        MARK S. NORRIS
                                                        UNITED STATES DISTRICT JUDGE